**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marlene E. Mackason                          CHAPTER 13
                          Debtor(s)

                                                    BKY. NO. 26-11851 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NA and index same on the master mailing list.

      Respectfully submitted,

/s/ *Maggie Soboleski*
Maggie Soboleski
13 Jul 2026, 05:28:16, EDT

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322

Document ID: 53ff3c3460bb8d51492fbec39d8cd68b87353b42942b1e78fbe97a2e148892d1